ROSE JONES, Respondent, v. CITY OF NEW YORK, Defendant, and BROOKLYN TRUST COMPANY, Individually and as Trustee for the Benefit of Certificate Holders under a Declaration of Trust and a Plan of Reorganization of Guarantee No. 181,743 Mortgage Investments of Bond and Mortgage Guarantee Company, Appellant.— In an action to recover damages for personal injuries alleged to have been caused by appellant's negligence in maintaining in a defective condition cellar doors in a public highway, judgment in favor of

plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel and Nolan, JJ.; Hagarty, J., not voting.